UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL THOMAS MARTINELLI,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 2:23-cv-00423-JAD-EJY<br><br>**ORDER** |

On November 20, 2023, the Court entered an Order and Report and Recommendation regarding Plaintiff's Amended Complaint. ECF No. 7. Specifically, the Court ordered Plaintiff's Interference with the Family and Medical Leave Act claim to proceed while providing Plaintiff with an opportunity to file a second amended complaint regarding certain claims dismissed without prejudice, but with leave to amend. *Id*. The second amended complaint was to be filed no later than December 22, 2023. *Id*.

No objection to the Court's Order and Report and Recommendation was filed. Thus, on December 13, 2023, District Judge Jennifer Dorsey adopted the Report and Recommendation. ECF No. 8. Plaintiff failed to file a second amended complaint and has not otherwise communicated with the Court since December 13, 2023. For this reason, no claims other than Plaintiff's claim under the Family and Medical Leave Act proceeds.

Accordingly, IT IS HEREBY ORDERED that Plaintiff **must** complete, to the best of his ability, the USM-285 form, that will allow service of process on Defendant to be attempted by the U.S. Marshal Service.

IT IS FURTHER ORDERED that a blank USM-285 form, together with a copy of this Order, **must** be sent to Plaintiff by the Clerk of Court.

IT IS FURTHER ORDERED that Plaintiff **must** file the completed USM-285 form with the Clerk of Court no later than **May 1, 2024**.

IT IS FURTHER ORDERED that the Clerk of Court **must** deliver **one copy** of (1) the completed USM-285 form, (2) this Order, (3) Plaintiff's Amended Complaint (ECF No. 6), and (4) the Court's Order at ECF No. 8 to the U.S. Marshal Service upon the filing of the USM-285 form by Plaintiff for service of process on Tesla, Inc.

IT IS FURTHER ORDERED that the U.S. Marshal Service **must** attempt to effect service on Tesla, Inc. no later than **fourteen (14) days** after receipt of the documents from the Clerk's Office.

IT IS FURTHER ORDERED that Plaintiff's failure to complete and timely file a completed USM-285 form with the Clerk of Court will result in a recommendation that this entire matter be dismissed without prejudice.

DATED this 10th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE