UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL THOMAS MARTINELLI,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 2:23-cv-00423-JAD-EJY<br><br>**ORDER** |

On May 9, 2024, the U.S. Marshal Service filed an unexecuted Return of Service on Defendant stating the address provided for service was wrong. ECF No. 13. Contrary to the Return of Service, the Nevada Secretary of State lists the following address as the **correct and active address for service on Tesla: CT Corporation 701 S. Carson St. STE. 200, Carson City, NV, 89701.**

Accordingly, IT IS HEREBY ODERED that the U.S. Marshal Service **must** within **seven (7) days** of the date of this Order attempt service of the Summons, the operative Complaint, and the screening order—**all previously provided to the Marshal Service**—on Tesla.

DATED this 17th day of May, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1