UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL THOMAS MARTINELLI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC.,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00423-JAD-EJY<br><br>**ORDER** |

On May 9, 2024, the U.S. Marshal Service filed an unexecuted Return of Service on Defendant stating the address provided for service was wrong. ECF No. 13. Contrary to the Return of Service, the Nevada Secretary of State lists the following address as the **correct and active address for service on Tesla: CT Corporation 701 S. Carson St. STE. 200, Carson City, NV, 89701.**

Accordingly, IT IS HEREBY ODERED that the U.S. Marshal Service **must** within **seven (7) days** of the date of this Order attempt service of the Summons, the operative Complaint, and the screening order—**all previously provided to the Marshal Service**—on Tesla.

IT IS FURTHER ORDERED that the Clerk of Court **must** send **one copy** of (1) this Order, (2) the completed USM-285 form (ECF No. 10), (3) Plaintiff's Amended Complaint (ECF No. 6), and (4) the Court's December 13, 2023 Order (ECF No. 8) to the U.S. Marshal Service for service of process on Tesla, Inc.

DATED this 17th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1